## 31236. ROWLAND v. ROWLAND.

JORDAN, Justice.

After a careful review of the record, we conclude that the trial court did not err in modifying the divorce decree between the parties, after a full hearing, so as to increase the visitation rights of the appellee father. *Githens v.*

*Githens,* 235 Ga. 657 (221 SE2d 428) (1975).
*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 7, 1976 — DECIDED JUNE 30, 1976.

*Leon A. Wilson, II,* for appellant.
*Hoyt & Boatright, Jimmy J. Boatright,* for appellee.